# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. CV 17-01259-CJC(JPRx)                    Date:  August 18, 2017

Title: MARLINE TILLERY *ET AL.* V. PFIZER INC. *ET AL.*

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Melissa Kunig                               N/A
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

## PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO STATE COURT

Thousands of women filed over 100 cases in California state court alleging that Lipitor, a prescription drug developed and manufactured by Pfizer and marketed and distributed by McKesson Corporation, had caused them to suffer from Type II diabetes. The cases were removed to federal court based on "mass action" jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), referred to the United States Judicial Panel of Multidistrict Litigation ("MDL"), subsequently sent back to this Court, and then consolidated under a master case number for administrative purposes (the "17-00005 Case").  (SAMC 17-00005-CJC(JPRx).)  On May 23, 2017, the Court remanded the cases to state court, finding the requirements of CAFA mass action jurisdiction were not met. (SAMC 17-00005-CJC(JPRx) Dkt. 20.)  On May 31, 2017, the Court denied Pfizer's *ex parte* application to stay the Court's decision pending an appeal.  (SAMC 17-00005-CJC(JPRx) Dkt. 24.)

This case was not consolidated under the 17-00005 Case.  It is **REMANDED** to state court for the reasons articulated in the Court's orders dated May 23, 2017, and May 31, 2017, in the 17-00005 Case.  (SAMC 17-00005-CJC(JPRx) Dkts. 20, 24.)